No. 05–6471. BRACKS v. UNITED STATES; and CONRADINO-NAVARRETE v. UNITED STATES. C. A. 5th Cir. Certiorari de-

nied.